# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN WALKER, ) | 1:13-cv-668 GSA |
| Plaintiff, ) | |
| v. ) | **ORDER DIRECTING PLAINTIFF TO COMPLETE USM-285 FORM AND RELATED DOCUMENTS** |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| Defendant. ) | **ORDER DIRECTING THE UNITED STATES MARSHAL TO SERVE** |

**I.     Introduction**

Plaintiff Julian Walker, ("Plaintiff") filed the instant action on May 8, 2013. (Doc. 1). Plaintiff is challenging a denial of his applications for Supplemental Income disability benefits pursuant to Title XIV of the Social Security Act.

On May 8, 2013, this Court granted Plaintiff in forma pauperis status. Summons were issued and Plaintiff was provided with instructions regarding various forms that needed to be completed. (Doc. 6-3). More specifically, Plaintiff was advised that he needed to provide the Clerk's Office with the following documents :

1) The original Summons and five (5) copies of the Summons

1

    2) Five (5) copies of the Order directing service by the United States Marshal

    3) Five (5) copies of the Complaint

    4) One completed USM-285 form addressed to the Social Security Administration

    5) Five (5) copies of any other documents to be served.

To date, Plaintiff has not completed or returned the required forms. These forms must be completed for this case to proceed. Plaintiff shall return the required documents **no later than June 28, 2013**.[1]

Finally, once the required forms have been returned by Plaintiff, the United States Marshal shall serve a copy of the complaint and summons as directed by Plaintiff. All costs of service shall be advanced by the United States.

**Plaintiff is advised that failure to comply with this order as directed will result in dismissal of this action.**

IT IS SO ORDERED.

    Dated:   **June 4, 2013**　　　　　　　　　/s/ **Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff was also served with a Consent to Magistrate Jurisdiction form (Doc. 6-1) on May 13, 2013. Plaintiff is encouraged to complete this form and return it with the other completed items.