# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN WALKER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.  1:13-cv-00668-GSA<br><br>**ORDER DIRECTING PLAINTIFF TO SERVE HIS CONFIDENTIAL LETTER BRIEF ON DEFENDANT NO LATER THAN APRIL 4, 2014**<br><br>(Docs. 19, 20) |

　　　　On March 6, 2014, the Court ordered Plaintiff Julian Walker ("Plaintiff") to serve his confidential letter brief on the Defendant, the Acting Commissioner of Social Security ("Defendant"), and to accordingly notify the Court no later than March 26, 2014.  (Doc. 18). Alternatively, Plaintiff was required to show cause in writing why he did not timely serve his confidential letter brief.  (Doc. 18).

　　　　On March 24, 2014, Plaintiff filed a notice with the Court indicating that he had served his confidential letter brief on Defendant before March 5, 2014.  (Doc. 20).  Plaintiff also provided the Court with a copy of the confidential letter brief that he stated was served on the Defendant.  Previously, on March 6, 2014, Plaintiff had also provided the Court with a copy of his letter brief, along with a proof of service indicating that the letter brief was served on Defendant on March 2, 2014.

1

However, on March 24, 2014, Defendant notified the Court that Defendant had not received Plaintiff's confidential letter brief. (Doc. 19). Defendant explained that the Social Security Administration's Office of General Counsel had received a certificate of service in the mail indicating that Timothy R. Bolin, counsel of record for Defendant, had been served with Plaintiff's letter brief, but the letter brief itself was not enclosed with the certificate of service. (Doc. 19).

It appears that Plaintiff either erroneously provided his letter brief to the Court instead of serving it on Defendant, or inadvertently failed to enclose the brief in the envelope mailed to Defendant. Plaintiff is advised that his letter brief must be served directly on Defendant. Given that Defendant is still not in receipt of Plaintiff's letter brief, Plaintiff is hereby ORDERED to serve a copy of his confidential letter brief on Defendant no later than **Friday, April 4, 2014**. Specifically Plaintiff shall mail or deliver his letter brief to:

> Timothy R. Bolin
> Office of the General Counsel
> Social Security Administration
> 160 Spear Street, Suite 800
> San Francisco, CA 94105

In addition, no later than **Wednesday, April 9, 2014**, Plaintiff shall file proof of service of the letter brief with this Court, indicating that he has served his letter brief in accordance with this order. Plaintiff is advised to file only proof of service of the letter brief with the Court; the letter brief itself should NOT be sent to the Court. As explained above, the letter brief must be mailed or delivered directly to Timothy R. Bolin, counsel of record for Defendant.

Plaintiff is advised that failure to comply with this order will result in the dismissal of this action.

IT IS SO ORDERED.

Dated:   **March 26, 2014**                              **/s/ Gary S. Austin**
                                                       UNITED STATES MAGISTRATE JUDGE